**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 15, 2015

Hon. Johnathan T. Ball
Attorney at Law
6521 N. 10th Street, Ste. A
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-15-00004-CR
Tr.Ct.No.  CR-3545-13-C
Style:     Alicia Esquivel Delgado v. The State of Texas

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Thursday, July 16, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch